UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GRAND JURY RETURN**

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 MAR 24 A 11: 50

SIGN
BY DEPUTY CLERK

Date: March 24, 2005

UNITED STATES OF AMERICA

VERSUS

WEN CHYU LIU, a/k/a
DAVID W. LIOU

CRIMINAL

NO. 05-85-A-M2

PRESENT:  Ian F. Hipwell, Esq.
Susan Amundson, Esq.
Counsel for U.S.A.

Warrant of arrest issue and this matter be placed under SEAL pending the arrest of the defendant.

\* \* \* \* \*

INITIALS | DOCKET#
nt | 2