UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

versus

CRIMINAL NO. 05-85-RET-CN

WEN CHYU LIU, a/k/a
DAVID W. LIOU

## ORDER OF RESTITUTION

THE FOLLOWING RESTITUTION ORDER IS HEREBY ENTERED

IT IS HEREBY ORDERED THAT Defendant, Wen Chyu Liu, a/k/a/David W. Liou shall make Restitution to Dow Chemical Company in the amount of SIX HUNDRED THOUSAND DOLLARS AND NO/100 ($600,000.00). The United States, through its counsel, Corey Amundson, agrees that the United States will not to attempt to collect any of the ordered Restitution from the 401(K) Plan, the IRA accounts, or the future social security benefits of defendant's wife, Katherine Liou.

Baton Rouge, Louisiana, this 17th Day of April, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE