## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
JAN 27 2014
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

January 22, 2014

Ms. Donna Gregory
U.S. District Court, Middle District of Louisiana
777 Florida Street
Baton Rouge, LA 70801

    No. 12-30105    USA v. Wen Liu
                          USDC No. 3:05-CR-85-1

Enclosed is a copy of the Supreme Court order denying certiorari.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Lisa G. Landry, Deputy Clerk
                504-310-7649

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 21, 2014

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Wen Chyu Liu
        v. United States
        No. 13-7727
        (Your No. 12-30105)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

                                      Sincerely,

                                      **Scott S. Harris**, Clerk